NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
*Appellant*

v.

INTELLECTUAL VENTURES II LLC,
*Appellee*

———————————

2015-1837

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00180.

———————————

**JUDGMENT**

———————————

KENNETH R. ADAMO, Kirkland & Ellis LLP, Chicago, IL, argued for appellant. Also represented by BRENT P. RAY, MEREDITH ZINANNI, EUGENE GORYUNOV; JOHN C. O'QUINN, Washington, DC.

PETER J. MCANDREWS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by JONATHAN M. STRANG, BYRON LEROY PICKARD, LORI A.

GORDON, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 8, 2016         /s/ Daniel E. O'Toole
Date                Daniel E. O'Toole
                    Clerk of Court